

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:              01-12-00432-CR

Style:                   Jonithan Quinn

                            v The State of Texas

Date motion filed[*]:      February 23, 2014

Type of motion:        Notice of Abandonment

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     Yes

If motion to extend time:
      Original due date:
      Number of previous extensions granted:        Current Due date:
      Date Requested:

Ordered that motion is:

    ☐      Granted

          If document is to be filed, document due:

          ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☑      Denied

    ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐      Other: _____

     **Appellant filed a "Notice of Abandonment."  The Court construes this notice as a motion to dismiss the appeal.  Both appellant and his attorney must sign a motion to dismiss, which must be filed in duplicate with the Clerk of this Court.  *See* TEX. R. APP. P. 42.2(a).  Because appellant did not sign the motion, appellant's motion to dismiss is DENIED.  *See id.*  Appellant's brief was due on January 6, 2014.  On January 29, 2014, the Clerk of the Court notified appellant that a brief had not yet been filed.  We further notify appellant that if the Court does not receive a properly filed motion to dismiss or appellant's brief within 10 days of the date of this order, the Court will abate the appeal and remand for the trial court to immediately conduct a hearing on the record in accordance with Texas Rule of Appellate Procedure 38.8(b).  *See* TEX. R. APP. P. 38.8(b), 42.2(a).  Counsel is advised that he still remains appellant's counsel in this appeal.**

Judge's signature:   /s/ Laura Carter Higley
                ☐ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  March 11, 2014

November 7, 2008 Revision